United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-11011-mdc

Karon A. Simmons     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: May 23, 2023     Form ID: pdf900     Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Karon A. Simmons, 5920 Webster Street, Philadelphia, PA 19143-2414 |
| 14773559 | + | FlexPay, Attn: Bankruptcy 7755 Montgomery Rd, Cincinnati, OH 45236-4197 |
| 14773563 | | LVNV Funding LLC, 6801 S Cimarron Rd Ste 424-J, Las Vegas, NV 89113-2273 |
| 14773564 | | Midland Credit Management, Inc., 4 E Rolling Cross Rd Ste 307, Catonsville, MD 21228-6279 |
| 14773567 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14773569 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14773570 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14773571 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14773580 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14772516 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |
| 14773581 | | U.S. Department of Housing and Urban Development, 100 E Penn Sq Fl 11, Philadelphia, PA 19107-3325 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 24 2023 00:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14777101 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 24 2023 00:51:00 | AmeriCredit Financial Services, Inc., dba Financial, P O Box 183853, Arlington, TX 76096 |
| 14773550 | | Email/Text: collectors@arresourcesinc.com | May 24 2023 00:51:00 | AR Resources Inc., PO Box 1056, Blue Bell, PA 19422-0287 |
| 14773106 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 24 2023 00:51:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14773549 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 24 2023 00:51:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 14773554 | | Email/Text: megan.harper@phila.gov | May 24 2023 00:51:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14773551 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2023 00:55:17 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14775150 | + | Email/PDF: ebn_ais@aisinfo.com | May 24 2023 01:05:36 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14773552 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2023 00:55:17 | Citibank, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14773553 | | Email/Text: bankruptcy@philapark.org | May 24 2023 00:51:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14773555 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2023 00:51:00 | Comenity Bank, PO Box 182125, Columbus, OH |

Case 23-11011-mdc   Doc 27   Filed 05/25/23   Entered 05/26/23 00:38:56   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 23, 2023 | Form ID: pdf900 | Total Noticed: 46 |

| | | | |
|---|---|---|---|
| | | | 43218-2125 |
| 14773556 | Email/Text: operationsclerk@easypayfinance.com | May 24 2023 00:51:00 | Easy Pay, Attn: Bankruptcy, PO Box 2549, Carlsbad, CA 92018-2549 |
| 14773557 | + Email/Text: recoveryservicesgroup@fedchoice.org | May 24 2023 00:51:00 | FedChoice Federal Credit Union, ATTN: Bankruptcy Dept. 10001 Willowdale, Lanham, MD 20706-4321 |
| 14773558 | + Email/Text: bnc-bluestem@quantum3group.com | May 24 2023 00:51:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14773560 | + Email/Text: Atlanticus@ebn.phinsolutions.com | May 24 2023 00:51:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14773561 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 24 2023 00:51:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14773562 | Email/Text: JCAP_BNC_Notices@jcap.com | May 24 2023 00:51:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14775061 | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2023 00:55:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14782800 | + Email/Text: bankruptcydpt@mcmcg.com | May 24 2023 00:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14773565 | + Email/Text: bankruptcynotification@montereyfinancial.com | May 24 2023 00:51:00 | Monterey Financial Service, Attn: Bankruptcy 4095 Avenida De La Plat, Oceanside, CA 92056-5802 |
| 14781193 | Email/Text: Bankruptcy.Notices@pnc.com | May 24 2023 00:51:00 | PNC Bank, NA., Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14773573 | Email/Text: Bankruptcy.Notices@pnc.com | May 24 2023 00:51:00 | PNC Mortgage, Attn: Bankruptcy, PO Box 8819, Dayton, OH 45401-8819 |
| 14783400 | ^ MEBN | May 24 2023 00:48:03 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14773574 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2023 00:55:16 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14773575 | Email/Text: signed.order@pfwattorneys.com | May 24 2023 00:51:00 | Pressler Felt & Warshaw LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 14773566 | + Email/Text: bankruptcygroup@peco-energy.com | May 24 2023 00:51:00 | Peco Energy, 2301 Market St N 3-1, Philadelphia, PA 19103-1380 |
| 14773568 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 24 2023 00:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14773570 | ^ MEBN | May 24 2023 00:48:05 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14773572 | + Email/Text: bankruptcy@philapark.org | May 24 2023 00:51:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14773576 | Email/Text: bankruptcy@sccompanies.com | May 24 2023 00:51:00 | Swiss Colony Inc., PO Box 2825, Monroe, WI 53566-8025 |
| 14773577 | Email/PDF: gecsedi@recoverycorp.com | May 24 2023 01:05:39 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14773579 | Email/Text: bncmail@w-legal.com | May 24 2023 00:51:00 | TD Bank N.A., c/o Weinstein & Riley PS, 2001 Western Ave Ste 400, Seattle, WA 98121-3132 |
| 14773578 | + Email/Text: bncmail@w-legal.com | May 24 2023 00:51:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14773582 | ^ MEBN | May 24 2023 00:48:01 | U.S. Department of Justice, 950 Pennsylvania Ave |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | NW, Washington, DC 20530-0009 |
| 14773583 | + | Email/Text: BankruptcyNotice@westlakefinancial.com | May 24 2023 00:51:00 | Western Funding Inc, Attn: Bankruptcy Dept, P.O. Box 94858, Las Vegas, NV 89193-4858 |
| 14782699 | + | Email/Text: BankruptcyNotice@westlakefinancial.com | May 24 2023 00:51:00 | Western Funding Incorporated, 4751 Wilshire Blvd, Suite 100, Los Angeles CA 90010-3847 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 25, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| MICHAEL A. CIBIK | on behalf of Debtor Karon A. Simmons mail@cibiklaw.com  cibiklawpc@jubileebk.net;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 23-11011-mdc |
| Karon A. Simmons, | Chapter 13 |
| Debtor. | |

**ORDER**

     **AND NOW**, on this ___23rd___ day of ___May___ 2023, upon consideration of the Debtor's Motion to Extend the Automatic Stay ("the Motion"), and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge