# Earnings Statement

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA  19428*

Page 001 of 001
Period Beg/End    03/24/2023 - 03/30/2023
Advice Date:      04/06/2023
Advice Number:    84889334
Batch Number:     101108
Employee No:      132321

|         | Exemptions | Addl   | Status |
|---------|------------|--------|--------|
| Fed:    | 3          | $0.00  | Single |
| State:  | 0          | $0.00  |        |

**Karon A Simmons**
**5920 Webster Street**
**Philadelphia, PA  19143**

**For inquiries on this statement please call: (800)260-0852**
Total Hours Worked:   40.25
Basis of Pay:         Hourly

| Gross Pay          | Current   | YearToDate |
|--------------------|-----------|------------|
| Wages              | 650.04    | 9087.57    |
| Misc Income/Adj    | .00       | .00        |
| Total Gross Pay    | 650.04    | 9087.57    |
| **Deductions**     |           |            |
| Pre-tax            | 26.00     | 363.50     |
| Taxes              | 123.88    | 1730.82    |
| Additional Deductions | 60.00  | 240.00     |
| Total Deductions   | 209.88    | 2334.32    |
| NET PAY            | $440.16   | $6,753.25  |
| Federal Earnings   | 624.04    | 8724.07    |
| FICA Earnings      | 650.04    | 9087.57    |

| Misc Income/Adj | Current | YearToDate |
|-----------------|---------|------------|

| Wages      |          | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|------------|----------|----------|-----------|-----------|----------|----------|
| WkEnding   | Type     |          |           |           |          |          |
| 03/30/23   | Regular  | 16.100   | 24.150    | 40.00     | .25      |          |
|            |          |          | Total     | 40.00     | .25      | .00      |

| Taxes                  | Current | YearToDate |
|------------------------|---------|------------|
| Federal W/H            | 28.77   | 401.26     |
| FICA                   | 40.30   | 563.44     |
| Medicare               | 9.43    | 131.80     |
| PA W/H                 | 19.96   | 278.99     |
| PA SUI W/H             | .46     | 6.37       |
| PA, Philadelphia Cit   | 24.96   | 348.96     |

**Pre-Tax Deductions**

| 401K | 26.00 | 363.50 |

**Additional Deductions**

| UnionDues-Loc32BJ | 60.00 | 240.00 |

| Benefits    | Balance |
|-------------|---------|
| Sick Leave  | 8.00    |

---

**Universal Protection Service, LLC**
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA  19428**

Advice Number:  84889334
Advice Date:    04/06/2023

| Deposited to the account of | Account Number | Amount |
|-----------------------------|----------------|--------|
| **Karon A Simmons**         | XXXX2051       | 440.16 |

NON-NEGOTIABLE

# Earnings Statement

**Universal Protection Service, LLC**
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA  19428*

Page 001 of 001
Period Beg/End    03/17/2023 - 03/23/2023
Advice Date:      03/30/2023
Advice Number:    84658686
Batch Number:     100881
Employee No:      132321

|        | Exemptions | Addl   | Status |
|--------|------------|--------|--------|
| Fed:   | 3          | $0.00  | Single |
| State: | 0          | $0.00  |        |

**Karon A Simmons**
**5920 Webster Street**
**Philadelphia, PA  19143**

**For inquiries on this statement please call: (800)260-0852**

Total Hours Worked:    32.00
Basis of Pay:          Hourly

| Gross Pay            | Current | YearToDate |
|----------------------|---------|------------|
| Wages                | 644.00  | 8437.53    |
| Misc Income/Adj      | .00     | .00        |
| Total Gross Pay      | 644.00  | 8437.53    |
| **Deductions**       |         |            |
| Pre-tax              | 25.76   | 337.50     |
| Taxes                | 122.29  | 1606.94    |
| Additional Deductions| .00     | 180.00     |
| Total Deductions     | 148.05  | 2124.44    |
| NET PAY              | $495.95 | $6,313.09  |
| Federal Earnings     | 618.24  | 8100.03    |
| FICA Earnings        | 644.00  | 8437.53    |

| Wages    |          | Reg    | Prem | Reg   | OT    | DT    |
|----------|----------|--------|------|-------|-------|-------|
| WkEnding | Type     | Rate   | Rate | Hours | Hours | Hours |
| 03/23/23 | Regular  | 16.100 |      | 32.00 |       |       |
| 03/23/23 | Vacation | 16.100 |      | 8.00  |       |       |
|          | Total    |        |      | 40.00 | .00   | .00   |

| Misc Income/Adj | Current | YearToDate |
|-----------------|---------|------------|

| Pre-Tax Deductions | Current | YearToDate |
|--------------------|---------|------------|
| 401K               | 25.76   | 337.50     |

| Taxes                  | Current | YearToDate |
|------------------------|---------|------------|
| Federal W/H            | 28.07   | 372.49     |
| FICA                   | 39.93   | 523.14     |
| Medicare               | 9.34    | 122.37     |
| PA W/H                 | 19.77   | 259.03     |
| PA SUI W/H             | .45     | 5.91       |
| PA, Philadelphia Cit   | 24.73   | 324.00     |

| Additional Deductions |         |            |
|-----------------------|---------|------------|
| UnionDues-Loc32BJ     |         | 180.00     |

| Benefits   | Balance |
|------------|---------|
| Sick Leave | 8.00    |

---

**Universal Protection Service, LLC**
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA  19428**

Advice Number:   84658686
Advice Date:     03/30/2023

| Deposited to the account of | Account Number | Amount |
|-----------------------------|----------------|--------|
| **Karon A Simmons**         | XXXX2051       | 495.95 |

**NON-NEGOTIABLE**

# Earnings Statement

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA  19428*

Page 001 of 001
Period Beg/End   03/10/2023 - 03/16/2023
Advice Date:     03/23/2023
Advice Number:   84416178
Batch Number:    100644
Employee No:     132321

|        | Exemptions | Addl   | Status |
|--------|------------|--------|--------|
| Fed:   | 3          | $0.00  | Single |
| State: | 0          | $0.00  |        |

**Karon A Simmons**
**5920 Webster Street**
**Philadelphia, PA  19143**

**For inquiries on this statement please call: (800)260-0852**

Total Hours Worked:   41.00
Basis of Pay:         Hourly

| **Gross Pay**         | Current  | YearToDate |
|-----------------------|----------|------------|
| Wages                 | 668.15   | 7793.53    |
| Misc Income/Adj       | .00      | .00        |
| Total Gross Pay       | 668.15   | 7793.53    |
| **Deductions**        |          |            |
| Pre-tax               | 26.73    | 311.74     |
| Taxes                 | 128.62   | 1484.65    |
| Additional Deductions | .00      | 180.00     |
| Total Deductions      | 155.35   | 1976.39    |
| NET PAY               | $512.80  | $5,817.14  |
| Federal Earnings      | 641.42   | 7481.79    |
| FICA Earnings         | 668.15   | 7793.53    |

| **Wages**<br>WkEnding Type | Reg<br>Rate | Prem<br>Rate | Reg<br>Hours | OT<br>Hours | DT<br>Hours |
|----------------------------|-------------|--------------|--------------|-------------|-------------|
| 03/16/23 Regular           | 16.100      | 24.150       | 40.00        | 1.00        |             |
|                      Total |             |              | 40.00        | 1.00        | .00         |

| Misc Income/Adj | Current | YearToDate |
|-----------------|---------|------------|

| **Pre-Tax Deductions** | Current | YearToDate |
|------------------------|---------|------------|
| 401K                   | 26.73   | 311.74     |

| **Taxes**             | Current | YearToDate |
|-----------------------|---------|------------|
| Federal W/H           | 30.86   | 344.42     |
| FICA                  | 41.43   | 483.21     |
| Medicare              | 9.69    | 113.03     |
| PA W/H                | 20.51   | 239.26     |
| PA SUI W/H            | .47     | 5.46       |
| PA, Philadelphia Cit  | 25.66   | 299.27     |

| **Additional Deductions** |  |  |
|---------------------------|--|--|
| UnionDues-Loc32BJ         |  | 180.00 |

| **Benefits** | Balance |
|--------------|---------|
| Sick Leave   | 8.00    |

Advice Number:   84416178
Advice Date:     03/23/2023

**Universal Protection Service, LLC**
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA  19428**

| Deposited to the account of | Account Number | Amount |
|-----------------------------|----------------|--------|
| **Karon A Simmons**         | XXXX2051       | 512.80 |

**NON-NEGOTIABLE**

# Earnings Statement

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA  19428*

Page 001 of 001
Period Beg/End    03/03/2023 - 03/09/2023
Advice Date:      03/16/2023
Advice Number:    84179383
Batch Number:     100411
Employee No:      132321

|  | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 3 | $0.00 | Single |
| State: | 0 | $0.00 |  |

**Karon A Simmons**
**5920 Webster Street**
**Philadelphia, PA  19143**

**For inquiries on this statement please call: (800)260-0852**

Total Hours Worked:    16.00
Basis of Pay:          Hourly

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 644.00 | 7125.38 |
| Misc Income/Adj | .00 | .00 |
| Total Gross Pay | 644.00 | 7125.38 |
| **Deductions** | | |
| Pre-tax | 25.76 | 285.01 |
| Taxes | 122.29 | 1356.03 |
| Additional Deductions | .00 | 180.00 |
| Total Deductions | 148.05 | 1821.04 |
| NET PAY | $495.95 | $5,304.34 |
| Federal Earnings | 618.24 | 6840.37 |
| FICA Earnings | 644.00 | 7125.38 |

| Wages WkEnding | Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|---|
| 03/09/23 | Regular | 16.100 |  | 16.00 |  |  |
| 03/09/23 | Sick | 16.100 |  | 16.00 |  |  |
| 03/09/23 | Vacation | 16.100 |  | 8.00 |  |  |
|  |  | Total |  | 40.00 | .00 | .00 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|

| Pre-Tax Deductions | | |
|---|---|---|
| 401K | 25.76 | 285.01 |

| Taxes | | |
|---|---|---|
| Federal W/H | 28.07 | 313.56 |
| FICA | 39.93 | 441.78 |
| Medicare | 9.34 | 103.34 |
| PA W/H | 19.77 | 218.75 |
| PA SUI W/H | .45 | 4.99 |
| PA, Philadelphia Cit | 24.73 | 273.61 |

| Additional Deductions | | |
|---|---|---|
| UnionDues-Loc32BJ |  | 180.00 |

| Benefits | Balance |
|---|---|
| Sick Leave | 8.00 |

Advice Number:    84179383
Advice Date:      03/16/2023

**Universal Protection Service, LLC**
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA  19428**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| **Karon A Simmons** | XXXX2051 | 495.95 |

**NON-NEGOTIABLE**

# Earnings Statement

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA 19428*

Page 001 of 001
Period Beg/End 02/24/2023 - 03/02/2023
Advice Date: 03/09/2023
Advice Number: 83936356
Batch Number: 100170
Employee No: 132321

|  | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 3 | $0.00 | Single |
| State: | 0 | $0.00 |  |

Karon A Simmons
5920 Webster Street
Philadelphia, PA 19143

**For inquiries on this statement please call: (800)260-0852**

Total Hours Worked: 40.00
Basis of Pay: Hourly

| **Gross Pay** | Current | YearToDate | Misc Income/Adj | Current | YearToDate |
|---|---|---|---|---|---|
| Wages | 644.00 | 6481.38 |  |  |  |
| Misc Income/Adj | .00 | .00 |  |  |  |
| Total Gross Pay | 644.00 | 6481.38 |  |  |  |
| **Deductions** |  |  |  |  |  |
| Pre-tax | 25.76 | 259.25 |  |  |  |
| Taxes | 122.29 | 1233.74 | **Pre-Tax Deductions** |  |  |
| Additional Deductions | 60.00 | 180.00 | 401K | 25.76 | 259.25 |
| Total Deductions | 208.05 | 1672.99 |  |  |  |
| NET PAY | $435.95 | $4,808.39 |  |  |  |
| Federal Earnings | 618.24 | 6222.13 |  |  |  |
| FICA Earnings | 644.00 | 6481.38 |  |  |  |

| Wages WkEnding Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours | Taxes |  |  |
|---|---|---|---|---|---|---|---|---|
| 03/02/23 Regular | 16.100 |  | 40.00 |  |  | Federal W/H | 28.07 | 285.49 |
|  |  |  |  |  |  | FICA | 39.93 | 401.85 |
|  |  |  |  |  |  | Medicare | 9.34 | 94.00 |
|  |  |  |  |  |  | PA W/H | 19.77 | 198.98 |
|  |  | Total | 40.00 | .00 | .00 | PA SUI W/H | .45 | 4.54 |
|  |  |  |  |  |  | PA, Philadelphia Cit | 24.73 | 248.88 |

**Additional Deductions**
UnionDues-Loc32BJ   60.00   180.00

**Benefits**   Balance
Sick Leave   24.00

Advice Number: 83936356
Advice Date: 03/09/2023

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Karon A Simmons | XXXX2051 | 435.95 |

NON-NEGOTIABLE

# Earnings Statement

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA  19428*

Page 001 of 001
Period Beg/End   02/17/2023 - 02/23/2023
Advice Date:     03/02/2023
Advice Number:   83703808
Batch Number:    99928
Employee No:     132321

|        | Exemptions | Addl   | Status |
|--------|------------|--------|--------|
| Fed:   | 3          | $0.00  | Single |
| State: | 0          | $0.00  |        |

**Karon A Simmons**
**5920 Webster Street**
**Philadelphia, PA  19143**

**For inquiries on this statement please call: (800)260-0852**

Total Hours Worked:   40.00
Basis of Pay:         Hourly

| Gross Pay            | Current | YearToDate |
|----------------------|---------|------------|
| Wages                | 644.00  | 5837.38    |
| Misc Income/Adj      | .00     | .00        |
| Total Gross Pay      | 644.00  | 5837.38    |
| **Deductions**       |         |            |
| Pre-tax              | 25.76   | 233.49     |
| Taxes                | 122.29  | 1111.45    |
| Additional Deductions| .00     | 120.00     |
| Total Deductions     | 148.05  | 1464.94    |
| NET PAY              | $495.95 | $4,372.44  |
| Federal Earnings     | 618.24  | 5603.89    |
| FICA Earnings        | 644.00  | 5837.38    |

| Wages    |         | Reg    | Prem | Reg    | OT    | DT    |
|----------|---------|--------|------|--------|-------|-------|
| WkEnding | Type    | Rate   | Rate | Hours  | Hours | Hours |
| 02/23/23 | Regular | 16.100 |      | 40.00  |       |       |
|          | Total   |        |      | 40.00  | .00   | .00   |

| Misc Income/Adj | Current | YearToDate |
|-----------------|---------|------------|

| Pre-Tax Deductions | Current | YearToDate |
|--------------------|---------|------------|
| 401K               | 25.76   | 233.49     |

| Taxes                 | Current | YearToDate |
|-----------------------|---------|------------|
| Federal W/H           | 28.07   | 257.42     |
| FICA                  | 39.93   | 361.92     |
| Medicare              | 9.34    | 84.66      |
| PA W/H                | 19.77   | 179.21     |
| PA SUI W/H            | .45     | 4.09       |
| PA, Philadelphia Cit  | 24.73   | 224.15     |

| Additional Deductions | Current | YearToDate |
|-----------------------|---------|------------|
| UnionDues-Loc32BJ     |         | 120.00     |

| Benefits   | Balance |
|------------|---------|
| Sick Leave | 16.00   |

---

**Universal Protection Service, LLC**
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA  19428**

Advice Number:   83703808
Advice Date:     03/02/2023

| Deposited to the account of | Account Number | Amount |
|-----------------------------|----------------|--------|
| **Karon A Simmons**         | XXXX2051       | 495.95 |

**NON-NEGOTIABLE**

# Earnings Statement

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA  19428*

Page 001 of 001
Period Beg/End   02/10/2023 - 02/16/2023
Advice Date:     02/23/2023
Advice Number:   83461307
Batch Number:    99730
Employee No:     132321

|  | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 3 | $0.00 | Single |
| State: | 0 | $0.00 | |

**Karon A Simmons**
**5920 Webster Street**
**Philadelphia, PA  19143**

**For inquiries on this statement please call: (800)260-0852**

Total Hours Worked:   40.25
Basis of Pay:         Hourly

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 650.04 | 5193.38 |
| Misc Income/Adj | .00 | .00 |
| Total Gross Pay | 650.04 | 5193.38 |
| **Deductions** | | |
| Pre-tax | 26.00 | 207.73 |
| Taxes | 123.88 | 989.16 |
| Additional Deductions | .00 | 120.00 |
| Total Deductions | 149.88 | 1316.89 |
| NET PAY | $500.16 | $3,876.49 |
| Federal Earnings | 624.04 | 4985.65 |
| FICA Earnings | 650.04 | 5193.38 |

| Wages WkEnding Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|
| 02/16/23 Regular | 16.100 | 24.150 | 40.00 | .25 | |
| | | Total | 40.00 | .25 | .00 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|

| Pre-Tax Deductions | | |
|---|---|---|
| 401K | 26.00 | 207.73 |

| Taxes | | |
|---|---|---|
| Federal W/H | 28.77 | 229.35 |
| FICA | 40.30 | 321.99 |
| Medicare | 9.43 | 75.32 |
| PA W/H | 19.96 | 159.44 |
| PA SUI W/H | .46 | 3.64 |
| PA, Philadelphia Cit | 24.96 | 199.42 |

| Additional Deductions | | |
|---|---|---|
| UnionDues-Loc32BJ | | 120.00 |

| Benefits | Balance |
|---|---|
| Sick Leave | 16.00 |

Advice Number:   83461307
Advice Date:     02/23/2023

**Universal Protection Service, LLC**
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA  19428**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Karon A Simmons | XXXX2051 | 500.16 |

**NON-NEGOTIABLE**

# Earnings Statement

Universal Protection Service, LLC  
*161 Washington Street, Suite 600*  
*Eight Tower Bridge*  
*Conshohocken, PA  19428*

Page 001 of 001  
Period Beg/End      02/03/2023 - 02/09/2023  
Advice Date:        02/16/2023  
Advice Number:      83230934  
Batch Number:       99507  
Employee No:        132321

|        | Exemptions | Addl   | Status |
|--------|------------|--------|--------|
| Fed:   | 3          | $0.00  | Single |
| State: | 0          | $0.00  |        |

**Karon A Simmons**  
**5920 Webster Street**  
**Philadelphia, PA  19143**

**For inquiries on this statement please call: (800)260-0852**  
Total Hours Worked:   24.00  
Basis of Pay:         Hourly

| **Gross Pay**         | Current  | YearToDate | **Misc Income/Adj**    | Current | YearToDate |
|-----------------------|----------|------------|------------------------|---------|------------|
| Wages                 | 644.00   | 4543.34    |                        |         |            |
| Misc Income/Adj       | .00      | .00        |                        |         |            |
| Total Gross Pay       | 644.00   | 4543.34    |                        |         |            |
| **Deductions**        |          |            |                        |         |            |
| Pre-tax               | 25.76    | 181.73     | **Pre-Tax Deductions** |         |            |
| Taxes                 | 122.29   | 865.28     | 401K                   | 25.76   | 181.73     |
| Additional Deductions | .00      | 120.00     |                        |         |            |
| Total Deductions      | 148.05   | 1167.01    |                        |         |            |
| NET PAY               | $495.95  | $3,376.33  |                        |         |            |
| Federal Earnings      | 618.24   | 4361.61    |                        |         |            |
| FICA Earnings         | 644.00   | 4543.34    |                        |         |            |

| **Wages**  |         | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours | **Taxes**              |        |        |
|------------|---------|----------|-----------|-----------|----------|----------|------------------------|--------|--------|
| WkEnding   | Type    |          |           |           |          |          | Federal W/H            | 28.07  | 200.58 |
| 02/09/23   | Regular | 16.100   |           | 24.00     |          |          | FICA                   | 39.93  | 281.69 |
| 02/09/23   | Sick    | 16.100   |           | 16.00     |          |          | Medicare               | 9.34   | 65.89  |
|            |         |          |           |           |          |          | PA W/H                 | 19.77  | 139.48 |
|            |         |          | Total     | 40.00     | .00      | .00      | PA SUI W/H             | .45    | 3.18   |
|            |         |          |           |           |          |          | PA, Philadelphia Cit   | 24.73  | 174.46 |

**Additional Deductions**  
UnionDues-Loc32BJ                                            120.00

| **Benefits** | Balance |
|--------------|---------|
| Sick Leave   | 16.00   |

Advice Number:   83230934  
Advice Date:     02/16/2023

**Universal Protection Service, LLC**  
**161 Washington Street, Suite 600**  
**Eight Tower Bridge**  
**Conshohocken, PA  19428**

| **Deposited to the account of** | **Account Number** | **Amount** |
|---------------------------------|--------------------|------------|
| **Karon A Simmons**             | XXXX2051           | 495.95     |

**NON-NEGOTIABLE**

# Earnings Statement

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA  19428*

Page 001 of 001
Period Beg/End   01/27/2023 - 02/02/2023
Advice Date:     02/09/2023
Advice Number:   82987950
Batch Number:    99265
Employee No:     132321

|  | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 3 | $0.00 | Single |
| State: | 0 | $0.00 |  |

**Karon A Simmons**
**5920 Webster Street**
**Philadelphia, PA  19143**

**For inquiries on this statement please call: (800)260-0852**

Total Hours Worked:  40.00
Basis of Pay:        Hourly

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 644.00 | 3899.34 |
| Misc Income/Adj | .00 | .00 |
| Total Gross Pay | 644.00 | 3899.34 |
| **Deductions** | | |
| Pre-tax | 25.76 | 155.97 |
| Taxes | 122.29 | 742.99 |
| Additional Deductions | .00 | 120.00 |
| Total Deductions | 148.05 | 1018.96 |
| NET PAY | $495.95 | $2,880.38 |
| Federal Earnings | 618.24 | 3743.37 |
| FICA Earnings | 644.00 | 3899.34 |

| Wages WkEnding | Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|---|
| 02/02/23 | Regular | 16.100 |  | 40.00 |  |  |
|  | Total |  |  | 40.00 | .00 | .00 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|

| Pre-Tax Deductions | | |
|---|---|---|
| 401K | 25.76 | 155.97 |

| Taxes | | |
|---|---|---|
| Federal W/H | 28.07 | 172.51 |
| FICA | 39.93 | 241.76 |
| Medicare | 9.34 | 56.55 |
| PA W/H | 19.77 | 119.71 |
| PA SUI W/H | .45 | 2.73 |
| PA, Philadelphia Cit | 24.73 | 149.73 |

| Additional Deductions | | |
|---|---|---|
| UnionDues-Loc32BJ |  | 120.00 |

| Benefits | Balance |
|---|---|
| Sick Leave | 32.00 |

Advice Number:  82987950
Advice Date:    02/09/2023

**Universal Protection Service, LLC**
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA  19428**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| **Karon A Simmons** | XXXX2051 | 495.95 |

**NON-NEGOTIABLE**

# Earnings Statement

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA  19428*

Page 001 of 001
Period Beg/End    01/20/2023 - 01/26/2023
Advice Date:     02/02/2023
Advice Number:   82757313
Batch Number:    99014
Employee No:     132321

|  | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 3 | $0.00 | Single |
| State: | 0 | $0.00 | |

**Karon A Simmons**
**5920 Webster Street**
**Philadelphia, PA  19143**

**For inquiries on this statement please call: (800)260-0852**

Total Hours Worked:  40.00
Basis of Pay:        Hourly

| Gross Pay | Current | YearToDate | Misc Income/Adj | Current | YearToDate |
|---|---|---|---|---|---|
| Wages | 644.00 | 3255.34 | | | |
| Misc Income/Adj | .00 | .00 | | | |
| Total Gross Pay | 644.00 | 3255.34 | | | |
| **Deductions** | | | | | |
| Pre-tax | 25.76 | 130.21 | | | |
| Taxes | 122.29 | 620.70 | **Pre-Tax Deductions** | | |
| Additional Deductions | 60.00 | 120.00 | 401K | 25.76 | 130.21 |
| Total Deductions | 208.05 | 870.91 | | | |
| NET PAY | $435.95 | $2,384.43 | | | |
| Federal Earnings | 618.24 | 3125.13 | | | |
| FICA Earnings | 644.00 | 3255.34 | | | |

| Wages WkEnding | Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours | Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/26/23 | Regular | 16.100 | | 40.00 | | | Federal W/H | 28.07 | 144.44 |
| | | | | | | | FICA | 39.93 | 201.83 |
| | | | | | | | Medicare | 9.34 | 47.21 |
| | | | | | | | PA W/H | 19.77 | 99.94 |
| | | | Total | 40.00 | .00 | .00 | PA SUI W/H | .45 | 2.28 |
| | | | | | | | PA, Philadelphia Cit | 24.73 | 125.00 |

**Additional Deductions**
| | Current | YearToDate |
|---|---|---|
| UnionDues-Loc32BJ | 60.00 | 120.00 |

**Benefits**    **Balance**
Sick Leave      32.00

Advice Number:  82757313
Advice Date:    02/02/2023

**Universal Protection Service, LLC**
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA  19428**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| **Karon A Simmons** | XXXX2051 | 435.95 |

**NON-NEGOTIABLE**