# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          Chapter 13

    KARON A. SIMMONS                       Bankruptcy No. 23-11011-MDC

    5920 WEBSTER STREET

    PHILADELPHIA, PA 19143-2414

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    KARON A. SIMMONS

    5920 WEBSTER STREET

    PHILADELPHIA, PA 19143-2414

**Counsel for debtor(s), by electronic notice only.**
    Michael I. Assad
    Cibik Law, P.C.
    1500 Walnut St, Ste 900
    Philadelphia, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 7/18/2023                                                                                       /s/ Kenneth E. West

                                                                                 _____
                                                                                 Kenneth E. West, Esquire
                                                                                 Chapter 13 Standing Trustee