# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 23-11011-MDC

KARON A. SIMMONS

5920 WEBSTER STREET

PHILADELPHIA, PA 19143-2414

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

KARON A. SIMMONS

5920 WEBSTER STREET

PHILADELPHIA, PA 19143-2414

Counsel for debtor(s), by electronic notice only.

    Michael I. Assad
    Cibik Law, P.C.
    1500 Walnut St, Ste 900
    Philadelphia, PA 19102-

Date: 10/13/2023

                                              /S/ Kenneth E. West
                                              _____
                                              Kenneth E. West, Esquire
                                              Chapter 13 Standing Trustee