# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karon A Simmons<br>                           Debtor(s) | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION<br>                           Movant<br>      vs.<br>Karon A Simmons<br>                           Debtor(s) | NO. 23-11011 MDC |
| Kenneth E. West<br>                           Trustee | 11 U.S.C. Sections 362 |

## **ORDER**

AND NOW, this _____ day of _____, 2023 it is hereby **ORDERED** that if _____ (the "Debtor(s)") and _____ ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by the Mortgagee, the Debtor(s) and Mortgagee may do so without there being any vilolation of the bankruptcy stay, or the provisions of USC § 362.

 

_____
Magdeline D. Colemant
United States Bankruptcy Judge

Karon A Simmons
5920 Webster Street
Philadelphia, PA 19143

Michael A. Cibik Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102

Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107