# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karon A Simmons<br>　　　　　　　　Debtor(s)<br><br>PNC BANK, NATIONAL ASSOCIATION<br>　　　　　　　　Movant<br>　vs.<br>Karon A Simmons<br>　　　　　　　　Debtor(s)<br><br>Kenneth E. West<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 23-11011 MDC<br><br><br>11 U.S.C. Sections 362 |

## ORDER

AND NOW, this **2nd** day of **November**, 2023 it is hereby **ORDERED** that if **Debtor** (the "Debtor(s)") and **PNC Bank Nat'l** ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by the Mortgagee, the Debtor(s) and Mortgagee may do so without there being any vilolation of the bankruptcy stay, or the provisions of USC § 362.

*Magdeline D. Colemant* (signature)

───────────────────────────
Magdeline D. Colemant
United States Bankruptcy Judge

Karon A Simmons
5920 Webster Street
Philadelphia, PA 19143

Michael A. Cibik Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102

Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107