## United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Karon A. Simmons,

            Debtor.

Case No. 23-11011-mdc

Chapter 13

### Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's First Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

PNC Mortgage (CM/ECF)

Western Funding Incorporated
4751 Wilshire Blvd, Suite 100
Los Angeles, CA 90010

Water Revenue Bureau
c/o City of Philadelphia Law Department
1401 John F. Kennedy Blvd., 5th Floor
Tax & RevenueMSB Unit Bankruptcy Group,
Philadelphia, PA 19102-1595

U.S. Department of Housing and Urban Development
11th Floor 100 Penn Square East
Philadelphia, PA 19107

Date: December 15, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com