**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE: KARON SIMMONS,<br><br>　　　　　　Debtor(s). | Case No. 23-11011-mdc<br><br>Chapter 13 |

**APPLICATION FOR COMPENSATION**

CIBIK LAW, P.C., in accordance with F.R.B.P. 2016, applies under 11 U.S.C. § 330 for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the above captioned Debtor(s). Michael A. Cibik has practiced bankruptcy law since 1981 and is certified in consumer and business bankruptcy law by the American Board of Certification ("ABC"). Pursuant to the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, board certification is a factor to be considered in the determination of counsel fees.

2. Debtor(s) filed a petition under Chapter 13 of the Bankruptcy Code on 4/06/2023.

3. Debtor(s) annualized current monthly income as set forth on Form B22C is:

   _____ Above median (the amount on line 15 is not less than the amount on line 16).

   \_\_\_X\_\_\_ Below median (the amount on line 15 is less than the amount on line 16).

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtor(s), the services and expenses described in this Application are actual, necessary services and the compensation requested for those services is reasonable.

5. Applicant does request an award of compensation in the amount of **$6,211.00**. Itemization of hours are attached hereto as Exhibit B.

6. Applicant does not request reimbursement for additional expenses.

7. Debtor(s) did pay Applicant in the amount of **$1,000.00** prior to the filing of the petition. A balance of **$5,211.00** remains.

8. A copy of Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit A.

9. None of the compensation paid to Applicant will be shared with any person other than a member or regular associate of Applicant's law firm unless § 11 U.S.C. 504(c) applies.

**WHEREFORE**, Applicant respectfully requests an award of compensation in the amount of **$6,211.00** and for reimbursement of actual, necessary expenses in the amount of **$0.00**.

Dated: 01/16/2024

By: /s/ Michael A. Cibik, Esq.
Michael A. Cibik, Esq.
Bar ID 23110
CIBIK LAW, P.C.
Counsel for Debtor(s)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
(215) 735-1060
mail@cibiklaw.com