B2030 (Form 2030) (12/15)

*Exhibit "A"*

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    Simmons, Karon A.

**Debtor**

Case No. ___23-11011-mdc___

Chapter ___13___

## AMENDED

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................................................... $6,211.00

   Prior to the filing of this statement I have received ........................................................ $1,000.00

   Balance Due ...................................................................................................................... $5,211.00

2. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

Filing fee plus Costs & Expenses. Motion to Extend the Stay. Continued Meeting of Creditor Hearings, Addition of Creditor after Filing Petition, Motions to Avoid Liens, Motions for Relief from the Automatic Stay, Motions to Dismiss Case, Adverserial Proceedings & Discharge Litigation, Depositions, Asset Cramdowns, Objection to Proof of Claims, Certification of Stipulation Defaults, Motions for Plan Modifications, Motions for Reconsideration, Vacate Wage Orders, Praceipe for Discharge, Bankruptcy Chapter Conversions, Redemption of Property, Lexis & Pacer Research, Credit, Property, Judgements, & Liens Reports. The above legal services will be billed at a hourly rate of $375 per hour per attorney

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/15/2023  /s/ Michael A. Cibik
Date        Michael A. Cibik
            Signature of Attorney
                                    Bar Number: 23110
                                    Cibik Law, P.C.
                                    1500 Walnut Street Suite 900
                                    Philadelphia, PA 19102
                                    Phone: (215) 735-1060

            Cibik Law, P.C.
            Name of law firm

## Exhibit B
### Summary and Itemization of Fees

| Case Number | Debtor Name | Period |
|---|---|---|
| 23=11011 | Karon A. Simmons | Pre-Confirmation |

**Summary of Fees**

The fees in this case include filing a motion to extend the automatic stay and successfully representing the debtor in a loan modification.

| Date | Staff | Description | Hours |
|---|---|---|---|
| 03/27/2023 | Attorney | Phone call with client to discuss refiling case and answer questions | 0.50 |
| 04/06/2023 | Attorney | Prepared bankruptcy petition and SSN statement | 0.50 |
| 04/13/2023 | Attorney | Drafted motion to extend automatic stay | 0.50 |
| 04/13/2023 | Paralegal | Phone call with client to discuss case status and answer questions | 0.10 |
| 05/02/2023 | Attorney | Phone call with client to discuss case status and answer questions | 0.25 |
| 05/09/2023 | Paralegal | Phone call with client to discuss case status and answer questions | 0.15 |
| 05/15/2023 | Attorney | Prepared chapter 13 plan | 0.75 |
| 05/15/2023 | Attorney | Prepared schedules and statements by reviewing documents provided by client. | 3.50 |
| 05/15/2023 | Paralegal | Filed and served chapter 13 plan | 0.50 |
| 05/16/2023 | Paralegal | Filed schedules and statements with court | 0.30 |
| 06/01/2023 | Attorney | Phone call with client to discuss case status and answer questions | 0.30 |
| 06/01/2023 | Paralegal | Phone call with client to discuss case status and answer questions | 0.10 |
| 06/01/2023 | Paralegal | Prepared for meeting of creditors by sending requested documents to trustee, redacting personal information. | 1.50 |
| 06/08/2023 | Attorney | Phone call with client to discuss case status and answer questions | 0.30 |
| 06/19/2023 | Attorney | Phone call with client to discuss case status and answer questions | 0.20 |
| 06/20/2023 | Paralegal | Phone call with client to discuss case status and answer questions | 0.10 |
| 06/27/2023 | Attorney | Phone call with client to discuss case status and answer questions | 0.20 |
| 06/28/2023 | Attorney | Phone call with client to discuss case status and answer questions | 0.20 |
| 06/28/2023 | Attorney | Phone call with client to discuss case status and answer questions | 0.20 |
| 06/28/2023 | Attorney | Represented client at meeting of creditors | 0.50 |
| 06/30/2023 | Paralegal | Phone call with client to discuss case status and answer questions | 0.10 |
| 06/30/2023 | Paralegal | Phone call with client to discuss case status and answer questions | 0.21 |
| 07/21/2023 | Paralegal | Phone call with client to discuss case status and answer questions | 0.10 |
| 07/24/2023 | Paralegal | Phone call with client to discuss case status and answer questions | 0.10 |
| 08/01/2023 | Attorney | Prepared loan modification application | 4.00 |
| 08/03/2023 | Attorney | Met with client to review and sign loan modification application | 0.50 |
| 08/03/2023 | Paralegal | Phone call with client to discuss case status and answer questions | 0.10 |
| 08/03/2023 | Paralegal | Phone call with client to discuss case status and answer questions | 0.14 |
| 08/07/2023 | Paralegal | Phone call with client to discuss case status and answer questions | 0.10 |
| 08/17/2023 | Paralegal | Phone call with client to discuss case status and answer questions | 0.10 |

## Summary and Itemization of Fees (Cont'd)

| Date | Staff | Description | Hours |
|---|---|---|---|
| 08/17/2023 | Paralegal | Phone call with client to discuss case status and answer questions | 0.10 |
| 08/30/2023 | Paralegal | Phone call with client to discuss case status and answer questions | 0.10 |
| 09/01/2023 | Attorney | Met with client to review and sign loan modification documents | 1.00 |
| 09/01/2023 | Attorney | Phone call with client to discuss case status and answer questions | 0.10 |
| 09/06/2023 | Paralegal | Phone call with client to discuss case status and answer questions | 0.10 |
| 09/19/2023 | Paralegal | Phone call with client to discuss case status and answer questions | 0.10 |
| 10/03/2023 | Paralegal | Phone call with client to discuss case status and answer questions | 0.10 |
| 10/25/2023 | Paralegal | Phone call with client to discuss case status and answer questions | 0.10 |
| 10/25/2023 | Paralegal | Phone call with client to discuss case status and answer questions | 0.10 |
| 10/26/2023 | Paralegal | Phone call with client to discuss case status and answer questions | 0.10 |
| 11/02/2023 | Paralegal | Phone call with client to discuss case status and answer questions | 0.10 |
| 12/01/2023 | Attorney | Reviewed 15 proofs of claim | 1.30 |
| 12/05/2023 | Paralegal | Phone call with client to discuss case status and answer questions | 0.15 |
| 12/15/2023 | Attorney | Prepared amended chapter 13 plan | 0.50 |
| 01/04/2024 | Paralegal | Phone call with client to discuss case status and answer questions | 0.10 |
| 01/09/2024 | Paralegal | Phone call with client to discuss case status and answer questions | 0.10 |
| 01/09/2024 | Paralegal | Phone call with client to discuss case status and answer questions | 0.10 |
| 01/15/2024 | Attorney | Reviewed time slips and prepared fee application | 0.50 |
| 01/15/2024 | Attorney | Prepared amended chapter 13 plan | 0.50 |

|  |  |
|---|---|
| Total Attorney Hours | 16.30 |
| Attorney Hourly Rate | $350.00 |
| **Attorney Total** | **$5,705.00** |
| Total Paralegal Time | 5.05 |
| Paralegal Hourly Rate | $125.00 |
| **Paralegal Total** | **$631.25** |
| Subtotal | $6,336.25 |
| Adjustment | ($125.25) |
| **Grand Total** | **$6,211.00** |
| Pre-Petition Payment | $1,000.00 |
| Balance Due | $5,211.00 |
| Unaccounted Time | 0.00 |