**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: KARON SIMMONS,<br>    Debtor(s). | Case No. 23-11011-mdc<br><br>Chapter 13 |

**NOTICE OF APPLICATION FOR COMPENSATION**

To the Debtor(s), Creditors, and Interested Parties, notice is given that:

1. Cibik Law, P.C., Counsel for Debtor(s) in the above captioned matter, has filed an Application for Compensation with the United States Bankruptcy Court seeking approval of counsel fees and expenses in the amount of **$6,211.00** for services rendered on behalf of the Debtor(s) in this matter.

2. The aforesaid Application for Compensation along with supporting documentation is on file with the Clerk, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107 and is available there for inspection.

3. Any answer, objection, or responsive pleading with respect to the aforesaid Application must be filed with the Court and served upon Counsel for Debtor(s) within fourteen (14) days of this notice.

4. In the absence of any answers, objections, or responsive pleadings, Counsel for Debtor(s) will certify that the aforesaid Application is unopposed and that an order may be signed granting the requested relief.

Dated: 01/16/2024

By: /s/ Michael A. Cibik, Esq.
Michael A. Cibik, Esq.
Bar ID 23110
CIBIK LAW, P.C.
Counsel for Debtor(s)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
(215) 735-1060
mail@cibiklaw.com