**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Karon A. Simmons | | |
| DEBTOR | : | BKY. NO.  23-11011-mdc |

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cibik, Esquire, hereby certify that no answer, objection, other responsive pleading or request for a hearing has been filed within the time allowed by law to the Notice of Application and Application to Approve Counsel Fees.

                                              Respectfully Submitted,

Date:  January 31, 2024           /s/ Michael A. Cibik
                                            MICHAEL A. CIBIK, ESQUIRE
                                            CIBIK LAW, P.C.
                                            1500 WALNUT  STREET, STE. 900
                                            PHILADELPHIA, PA  19102
                                            (215) 735-1060