# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Karon A. Simmons,<br><br>                   Debtor. | Case No. 23-11011-mdc<br><br>Chapter 13 |

**Withdrawal of Appearance**

To the Clerk of Court:

    Please withdraw my appearance as counsel for the debtor in the above case.

Date: February 21, 2024

                                        CIBIK LAW, P.C.
                                        *Counsel for Debtor*

                                        By: /s/ Michael A. Cibik
                                             Michael A. Cibik (#23110)
                                             1500 Walnut Street, Suite 900
                                             Philadelphia, PA 19102
                                             215-735-1060
                                             mail@cibiklaw.com

**Entry of Appearance**

To the Clerk of Court:

    Please enter my appearance as counsel for the debtor in the above case.

Date: February 21, 2024

                                        CIBIK LAW, P.C.
                                        *Counsel for Debtor*

                                        By: /s/ Michael I. Assad
                                             Michael I. Assad (#330937)
                                             1500 Walnut Street, Suite 900
                                             Philadelphia, PA 19102
                                             215-735-1060
                                             mail@cibiklaw.com