## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Karon A Simmons | |
| Debtor | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION, its successors and/or assignees | |
| Movant | |
| vs. | NO. 23-11011 MDC |
| Karon A Simmons | |
| Debtor | |
| Kenneth E. West | |
| Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PNC BANK, NATIONAL ASSOCIATION, which was filed with the Court on or about June 22, 2023.


Dated: <u>February 28, 2024</u>

Respectfully submitted,


<u>/s/Mark A. Cronin</u>
Mark A. Cronin, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215) 627-1322
mcronin@kmllawgroup.com