United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-11011-mdc
Karon A. Simmons  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 3
Date Rcvd: Mar 01, 2024   Form ID: 155   Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Karon A. Simmons, 5920 Webster Street, Philadelphia, PA 19143-2414 |
| 14773559 | + | FlexPay, Attn: Bankruptcy 7755 Montgomery Rd, Cincinnati, OH 45236-4197 |
| 14773563 | | LVNV Funding LLC, 6801 S Cimarron Rd Ste 424-J, Las Vegas, NV 89113-2273 |
| 14773564 | | Midland Credit Management, Inc., 4 E Rolling Cross Rd Ste 307, Catonsville, MD 21228-6279 |
| 14773569 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14773571 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14773580 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14773581 | | U.S. Department of Housing and Urban Development, 100 E Penn Sq Fl 11, Philadelphia, PA 19107-3325 |
| 14772516 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14777101 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 02 2024 01:32:00 | AmeriCredit Financial Services, Inc., dba Financial, P O Box 183853, Arlington, TX 76096 |
| 14773550 | | Email/Text: collectors@arresourcesinc.com | Mar 02 2024 01:32:00 | AR Resources Inc., PO Box 1056, Blue Bell, PA 19422-0287 |
| 14773106 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 02 2024 01:32:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14773549 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 02 2024 01:32:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 14773554 | | Email/Text: megan.harper@phila.gov | Mar 02 2024 01:33:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14800552 | | Email/Text: megan.harper@phila.gov | Mar 02 2024 01:33:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14773551 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 02 2024 01:54:10 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14775150 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 02 2024 01:28:06 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14773552 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2024 01:29:18 | Citibank, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14773553 | | Email/Text: bankruptcy@philapark.org | Mar 02 2024 01:34:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14773555 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 02 2024 01:33:00 | Comenity Bank, PO Box 182125, Columbus, OH |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| | | | 43218-2125 |
| 14773556 | Email/Text: operationsclerk@easypayfinance.com | Mar 02 2024 01:32:00 | Easy Pay, Attn: Bankruptcy, PO Box 2549, Carlsbad, CA 92018-2549 |
| 14773557 | + Email/Text: recoveryservicesgroup@fedchoice.org | Mar 02 2024 01:33:00 | FedChoice Federal Credit Union, ATTN: Bankruptcy Dept. 10001 Willowdale, Lanham, MD 20706-4321 |
| 14773558 | + Email/Text: bnc-bluestem@quantum3group.com | Mar 02 2024 01:33:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14773560 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 02 2024 01:32:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14773561 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 02 2024 01:32:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14790502 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 02 2024 01:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14773562 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 02 2024 01:33:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14775061 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2024 01:29:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14782800 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 02 2024 01:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14773565 | + Email/Text: bankruptcynotification@montereyfinancial.com | Mar 02 2024 01:32:00 | Monterey Financial Service, Attn: Bankruptcy 4095 Avenida De La Plat, Oceanside, CA 92056-5802 |
| 14773567 | Email/Text: fesbank@attorneygeneral.gov | Mar 02 2024 01:32:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14781193 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 02 2024 01:32:00 | PNC Bank, NA., Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14773573 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 02 2024 01:32:00 | PNC Mortgage, Attn: Bankruptcy, PO Box 8819, Dayton, OH 45401-8819 |
| 14783400 | ^ MEBN | Mar 02 2024 01:06:02 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14773574 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2024 01:29:46 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14773575 | Email/Text: signed.order@pfwattorneys.com | Mar 02 2024 01:32:00 | Pressler Felt & Warshaw LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 14773566 | + Email/Text: bankruptcygroup@peco-energy.com | Mar 02 2024 01:32:00 | Peco Energy, 2301 Market St N 3-1, Philadelphia, PA 19103-1380 |
| 14773568 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 02 2024 01:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14773570 | ^ MEBN | Mar 02 2024 01:05:56 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14773572 | + Email/Text: bankruptcy@philapark.org | Mar 02 2024 01:34:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14788089 | Email/Text: bnc-quantum@quantum3group.com | Mar 02 2024 01:33:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14773576 | Email/Text: bankruptcy@sccompanies.com | Mar 02 2024 01:34:00 | Swiss Colony Inc., PO Box 2825, Monroe, WI 53566-8025 |
| 14773577 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 02 2024 01:52:53 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |

Case 23-11011-mdc   Doc 66   Filed 03/03/24   Entered 03/04/24 00:39:25   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 01, 2024 | Form ID: 155 | Total Noticed: 48 |

| 14773579 | | Email/Text: bncmail@w-legal.com | | | |
|---|---|---|---|---|---|
| | | | | Mar 02 2024 01:33:00 | TD Bank N.A., c/o Weinstein & Riley PS, 2001 Western Ave Ste 400, Seattle, WA 98121-3132 |
| 14773578 | + | Email/Text: bncmail@w-legal.com | | | |
| | | | | Mar 02 2024 01:32:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14773582 | ^ | MEBN | | | |
| | | | | Mar 02 2024 01:06:16 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14773583 | + | Email/Text: BankruptcyNotice@westlakefinancial.com | | | |
| | | | | Mar 02 2024 01:34:00 | Western Funding Inc, Attn: Bankruptcy Dept, P.O. Box 94858, Las Vegas, NV 89193-4858 |
| 14782699 | + | Email/Text: BankruptcyNotice@westlakefinancial.com | | | |
| | | | | Mar 02 2024 01:34:00 | Western Funding Incorporated, 4751 Wilshire Blvd, Suite 100, Los Angeles CA 90010-3847 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14788110 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| MICHAEL I. ASSAD | on behalf of Debtor Karon A. Simmons help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
  Karon A. Simmons

  Debtor(s).

Case No. 23−11011−mdc

Chapter: 13

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: March 1, 2024

For The Court

Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court