**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: KARON SIMMONS,<br>　　　　　Debtor(s). | Case No. 23-11011-mdc<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this 27th day of March, 2024, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$6,211.00** is allowed and the balance due to counsel in the amount of **$5,211.00** may be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_Magdeline D. Coleman_
_____
HON. MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE