# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Karon A Simmons

Debtor(s)

PNC BANK, NATIONAL ASSOCIATION

Movant

vs.

Karon A Simmons

Respondent

Kenneth E. West

Additional Respondent

CHAPTER 13

NO. 23-11011 AMC

11 U.S.C. Section 362

## CERTIFICATE OF NO OBJECTION

I, Denise Carlon, attorney for Movant, do hereby certify that to the best of my knowledge, information, and belief, no answer or objection has been filed by the Debtor(s) or the Trustee to the Motion for Relief from Automatic Stay filed on July 18, 2024 (Doc No. 72). The deadline for filing an objection or other response was August 1, 2024.

/s/ Denise Carlon
Denise Carlon, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215) 627-1322
dcarlon@kmllawgroup.com