# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

Karon A. Simmons,

Debtor.

Case No. 23-11011-AMC

Chapter 13

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system, and on the parties on the attached mailing list by first class mail.

- Third Amended Chapter 13 Plan

- Motion to Modify Plan After Confirmation

- Notice of Motion to Modify Plan After Confirmation, Response Deadline, and Hearing Date

Date: October 11, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

Western Funding Incorporated
4751 Wilshire Blvd, Suite 100
Los Angeles, CA 90010

Water Revenue Bureau
c/o City of Philadelphia Law Department
1401 John F. Kennedy Blvd., 5th Floor
Tax & RevenueMSB Unit Bankruptcy Group,
Philadelphia, PA 19102-1595

U.S. Department of Housing and Urban
Development
11th Floor 100 Penn Square East
Philadelphia, PA 19107