# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11011-AMC |
| Karon A. Simmons, | Chapter 13 |
| Debtor. | |

**Order Granting Motion to Modify Plan After Confirmation**

And now, after consideration of the Motion to Modify Plan After Confirmation filed by Debtor Karon A. Simmons, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Modified Plan filed at ECF No. 82 is **APPROVED**.

Date:

Ashely M. Chan
Chief U.S. Bankruptcy Judge