# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Karon A. Simmons,

        Debtor.

Case No. 23-11011-AMC

Chapter 13

## Supplemental Application for Compensation

1.    These fees are associated with a motion to modify after confirmation.

2.    Debtor's counsel seeks Supplemental Fee Approval for services rendered and seeks compensation in the amount of $350.00 through the modified plan.

3.    Attorney Disclosure of Compensation is attached as Exhibit A.

4.    Itemized time and billing for the services is attached as Exhibit B.

WHEREFORE, Debtors pray that this Honorable Court enter an order approving this Supplemental Fee Application under Local Rule 2016-2.

Date: October 11, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    help@cibiklaw.com