# Cibik Law, P.C. # INVOICE

1500 Walnut Street, Suite 900  
Philadelphia, PA 19102

Invoice # 1  
Date: 10/11/2024  
Due On: 11/10/2024

Karon A. Simmons  
5920 Webster St  
Philadelphia, PA 19143

## 2405-Simmons

## Bankruptcy 23-11011

| Date | Attorney | Notes | Quantity | Total |
|---|---|---|---|---|
| 10/11/2024 | EJG | A103 Draft/revise B110 Case Administration: Drafted modified plan and motion to modify. | 0.90 | $315.00 |
| 10/11/2024 | EJG | A103 Draft/revise B110 Case Administration: Drafted supplemental fee application. | 0.10 | $35.00 |
| | | | **Quantity Subtotal** | **1.0** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Edward Gruber | Deputy Attorney | 1.0 | $350.00 | $350.00 |
| | | | **Quantity Total** | **1.0** |
| | | | **Subtotal** | **$350.00** |
| | | | **Total** | **$350.00** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1 | 11/10/2024 | $350.00 | $0.00 | $350.00 |
| | | | **Outstanding Balance** | **$350.00** |
| | | | **Total Amount Outstanding** | **$350.00** |