# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Karon A. Simmons,

        Debtor.

Case No. 23-11011-AMC

Chapter 13

## Order

    AND NOW, on this ____ day of _____, 2024, upon consideration of Debtor's Counsel's Application to Approve Supplemental Compensation:

    It is **ORDERED** that the Application is GRANTED and that supplemental compensation of **$350** is **ALLOWED** to Cibik Law, P.C. The Chapter 13 Trustee may pay the allowed amount as an administrative expense to the extent provided in the confirmed plan.

Date:

By the Court:

_____
Hon. Ashely M. Chan
Chief U.S. Bankruptcy Judge