# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Karon A. Simmons,

        Debtor.

Case No. 23-11011-AMC

Chapter 13

## Certificate of Service

I, MICHAEL A. CIBIK, hereby certify that a true and correct copy of the Supplemental Application for Compensation and all its exhibits, the notice thereof, and the proposed order were served upon the following parties by electronic means or first-class mail on the date set forth below.

    Kenneth E. West (CM/ELF)

    U.S. Trustee (CM/ELF)

    Karon A. Simmons
    5920 Webster St
    Philadelphia, PA 19143-2414

Dated: October 11, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    help@cibiklaw.com