# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:                                                    Case No. 23-11011-AMC

    Karon A. Simmons,                              Chapter 13

        Debtor.

## Order

AND NOW, on this 7th day of Jan., 2025, upon consideration of Debtor's Counsel's Application to Approve Supplemental Compensation:

It is **ORDERED** that the Application is GRANTED and that supplemental compensation of **$350** is **ALLOWED** to Cibik Law, P.C. The Chapter 13 Trustee may pay the allowed amount as an administrative expense to the extent provided in the confirmed plan.

By the Court:

_/s/ Ashely M. Chan_
Hon. Ashely M. Chan
Chief U.S. Bankruptcy Judge