## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karon A Simmons <br>        Debtor(s) <br><br> PNC BANK, NATIONAL ASSOCIATION <br>        Moving Party <br>    vs. <br><br> Karon A Simmons <br>        Debtor(s) <br><br> and Kenneth E. West <br>        Trustee | Chapter 13 <br><br><br> NO. 23-11011 AMC <br><br><br> 11 U.S.C. Section 362 |

## CERTIFICATION OF DEFAULT

I, Denise Carlon, Esquire, attorney for Moving Party, certify that Debtor has defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated December 18, 2024, was served upon the Debtor and Debtor's Attorney on said date. Subsequent to said notice, the Debtor has failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

January 10, 2025

                 /s/ Denise Carlon
                 Denise Carlon, Esq.
                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA  19106
                 Phone: (215) 627-1322
                 dcarlon@kmllawgroup.com