**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Karon A Simmons <br> <u>Debtor(s)</u> | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION <br> <u>Moving Party</u> <br> vs. | |
| Karon A Simmons <br> <u>Debtor(s)</u> | NO. 23-11011 AMC |
| Kenneth E. West <br> <u>Trustee</u> | 11 U.S.C. Section 362 |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I served or caused to be served, on **January 10, 2025**, a copy of the Certification of Default, and proposed Order of Court, filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
VIA ECF

Michael A. Cibik, Esq.
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Karon A Simmons
5920 Webster Street
Philadelphia, PA 19143

Method of Service:    Mail <u>first class</u>; Specify if other:

Date: <u>January 10, 2025</u>

> /s/ Denise Carlon
> Denise Carlon, Esq.
> KML Law Group, P.C.
> BNY Mellon Independence Center
> 701 Market Street, Suite 5000
> Philadelphia, PA  19106
> Phone: (215) 627-1322
> dcarlon@kmllawgroup.com