United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11011-djb |
| Karon A. Simmons | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 23, 2025 | Form ID: pdf900 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Karon A. Simmons, 5920 Webster Street, Philadelphia, PA 19143-2414 |
| 14773559 | + | FlexPay, Attn: Bankruptcy 7755 Montgomery Rd, Cincinnati, OH 45236-4197 |
| 14773564 | | Midland Credit Management, Inc., 4 E Rolling Cross Rd Ste 307, Catonsville, MD 21228-6279 |
| 14773571 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14772516 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 24 2025 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14777101 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 24 2025 00:36:00 | AmeriCredit Financial Services, Inc., dba Financial, P O Box 183853, Arlington, TX 76096 |
| 14773550 | | Email/Text: collectors@arresourcesinc.com | May 24 2025 00:36:00 | AR Resources Inc., PO Box 1056, Blue Bell, PA 19422-0287 |
| 14773106 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 24 2025 00:36:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14773549 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 24 2025 00:36:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 14773554 | | Email/Text: megan.harper@phila.gov | May 24 2025 00:36:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14800552 | | Email/Text: megan.harper@phila.gov | May 24 2025 00:36:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14773551 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2025 00:41:12 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14775150 | + | Email/PDF: ebn_ais@aisinfo.com | May 24 2025 01:19:47 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14773552 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2025 00:41:16 | Citibank, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14773553 | | Email/Text: bankruptcy@philapark.org | May 24 2025 00:45:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14773555 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2025 00:36:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 23, 2025 | Form ID: pdf900 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 14773556 | | Email/Text: operationsclerk@easypayfinance.com | May 24 2025 00:35:00 | Easy Pay, Attn: Bankruptcy, PO Box 2549, Carlsbad, CA 92018-2549 |
| 14773557 | + | Email/Text: recoveryservicesgroup@fedchoice.org | May 24 2025 00:36:00 | FedChoice Federal Credit Union, ATTN: Bankruptcy Dept. 10001 Willowdale, Lanham, MD 20706-4321 |
| 14773558 | + | Email/Text: bnc-bluestem@quantum3group.com | May 24 2025 00:45:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14773560 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 24 2025 00:35:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14773561 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 24 2025 00:36:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14790502 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 24 2025 00:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14773562 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 24 2025 00:36:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14773563 | | Email/PDF: creditonebknotifications@resurgent.com | May 24 2025 00:55:51 | LVNV Funding LLC, 6801 S Cimarron Rd Ste 424-J, Las Vegas, NV 89113-2273 |
| 14775061 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2025 00:40:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14782800 | + | Email/Text: bankruptcydpt@mcmcg.com | May 24 2025 00:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14773565 | + | Email/Text: bankruptcynotification@montereyfinancial.com | May 24 2025 00:35:00 | Monterey Financial Service, Attn: Bankruptcy 4095 Avenida De La Plat, Oceanside, CA 92056-5802 |
| 14773567 | | Email/Text: fesbank@attorneygeneral.gov | May 24 2025 00:36:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14781193 | | Email/Text: Bankruptcy.Notices@pnc.com | May 24 2025 00:35:00 | PNC Bank, NA., Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14773573 | | Email/Text: Bankruptcy.Notices@pnc.com | May 24 2025 00:35:00 | PNC Mortgage, Attn: Bankruptcy, PO Box 8819, Dayton, OH 45401-8819 |
| 14783400 | ^ | MEBN | May 24 2025 00:22:24 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14773574 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2025 01:19:53 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14773575 | | Email/Text: signed.order@pfwattorneys.com | May 24 2025 00:35:00 | Pressler Felt & Warshaw LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 14773566 | + | Email/Text: bankruptcygroup@peco-energy.com | May 24 2025 00:36:00 | Peco Energy, 2301 Market St N 3-1, Philadelphia, PA 19103-1380 |
| 14773568 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 24 2025 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14773569 | ^ | MEBN | May 24 2025 00:22:35 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14773570 | ^ | MEBN | May 24 2025 00:22:11 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14773572 | | Email/Text: bankruptcy@philapark.org | May 24 2025 00:45:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14788089 | | Email/Text: bnc-quantum@quantum3group.com | May 24 2025 00:36:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14773576 | | Email/Text: bankruptcy@sccompanies.com | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 23, 2025 | Form ID: pdf900 | Total Noticed: 49 |

| | | | |
|---|---|---|---|
| | | May 24 2025 00:45:00 | Swiss Colony Inc., PO Box 2825, Monroe, WI 53566-8025 |
| 14773577 | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2025 01:19:39 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14773579 | Email/Text: bncmail@w-legal.com | May 24 2025 00:36:00 | TD Bank N.A., c/o Weinstein & Riley PS, 2001 Western Ave Ste 400, Seattle, WA 98121-3132 |
| 14773578 | + Email/Text: bncmail@w-legal.com | May 24 2025 00:36:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14773580 | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 24 2025 00:36:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14773582 | ^ MEBN | May 24 2025 00:22:21 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14773581 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 24 2025 00:55:08 | U.S. Department of Housing and Urban Development, 100 E Penn Sq Fl 11, Philadelphia, PA 19107-3325 |
| 14773583 | + Email/Text: BankruptcyNotice@westlakefinancial.com | May 24 2025 00:45:00 | Western Funding Inc, Attn: Bankruptcy Dept, P.O. Box 94858, Las Vegas, NV 89193-4858 |
| 14782699 | + Email/Text: BankruptcyNotice@westlakefinancial.com | May 24 2025 00:45:00 | Western Funding Incorporated, 4751 Wilshire Blvd, Suite 100, Los Angeles CA 90010-3847 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14788110 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2025            Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 23, 2025 | Form ID: pdf900 | Total Noticed: 49 |

    ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK

    on behalf of Debtor Karon A. Simmons help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    KARON A. SIMMONS

            Debtor

Chapter 13

Bankruptcy No. 23-11011-DJB

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Derek J. Baker
Bankruptcy Judge

**Date: May 23, 2025**