# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karon A Simmons<br>                       Debtor(s)<br><br>PNC BANK, NATIONAL ASSOCIATION<br>                       Movant<br><br>       vs.<br><br>Karon A Simmons<br>                       Debtor(s)<br><br>Kenneth E. West,<br>                       Trustee | BK NO. 23-11011 MDC<br><br>Chapter 13<br><br>Related to Claim No. 5-1 |

## CERTIFICATE OF SERVICE
## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Mark A. Cronin of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>July 14, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Karon A Simmons
5920 Webster Street
Philadelphia, PA 19143

Attorney for Debtor(s)
Michael A. Cibik, Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: <u>July 14, 2023</u>

                                                             **/s/Mark A. Cronin Esquire**
                                                             Mark A. Cronin Esquire
                                                             Attorney I.D. 58240
                                                             KML Law Group, P.C.
                                                             BNY Mellon Independence Center
                                                             701 Market Street, Suite 5000
                                                             Philadelphia, PA 19106
                                                             215-627-1322
                                                             mcronin@kmllawgroup.com